# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | | |
|---|---|---|
| CITY OF CAMDEN, et al.,<br><br>*Plaintiffs,*<br><br>-*vs*-<br><br>TYCO FIRE PRODUCTS LP, individually and as successors in interest to The Ansul Company, and CHEMGUARD, INC.<br><br>*Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:24-cv-02321-RMG |

| | | |
|---|---|---|
| CITY OF CAMDEN, et al.,<br><br>*Plaintiffs,*<br><br>-*vs*-<br><br>BASF CORPORATION, individually and as successor in interest to Ciba Inc.,<br><br>*Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:24-cv-03174-RMG |

## CLASS COUNSEL'S CONSENTED TO MOTION FOR AN ENLARGEMENT OF PAGE LIMIT FOR CLASS COUNSEL'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND OTHER RELIEF

Class Counsel hereby move this Court in accordance with Rule 7.05, DSC, for an enlargement of the number of pages permitted for their Memorandum of Law in Support of their Motion for

1

Attorneys' Fees and Costs for the settlements reached with Tyco Fire Products LP ("Tyco") and with BASF Corporation ("BASF") in the above-captioned matters.

The page limit for an initial brief is thirty-five (35) double spaced pages. *See* Local Rule 7.05(B)(21). Class Counsel respectfully request an enlargement of up to thirty-five (35) pages for their memorandum so that they may serve and file one memorandum of no more than seventy (70) pages in length.

In support of this motion, Class Counsel state that two new Class Action Settlement Agreements have been entered into between Plaintiffs and Tyco (the "Tyco PWS Settlement"), and between Plaintiffs and BASF (the "BASF PWS Settlement"), to resolve claims of PFAS contamination in the Drinking Water of the putative Class Member Public Water Systems. In an effort to maximize efficiency and minimize the burden on Court resources, and because of the identical nature of Class Counsel's request for attorneys' fees and costs from both the Tyco PWS Settlement and the BASF PWS Settlements, Class Counsel intend to combine the two requests and move concurrently for a Class Award from both Settlements.

So that Class Counsel may adequately address the legal standard for a Class Award of attorneys' fees and costs, and the complex facts of the matter at hand in the instant case, a lengthier brief is necessary to explain all the arguments. Class Counsel therefore respectfully request that they be permitted to file a single brief of up to seventy (70) pages.

The undersigned certifies that Class Counsel has conferred with counsel for Defendant BASF and BASF consents to this motion.

Dated:  July 19, 2024

                                              Respectfully submitted,

                                              s/ Michael A. London
                                              Michael A. London
                                              Douglas and London PC
                                              59 Maiden Lane, 6th Floor
                                              New York, NY 10038

3

>
> 212-566-7500
> 212-566-7501 (fax)
> mlondon@douglasandlondon.com
>
> Paul J. Napoli
> Napoli Shkolnik
> 1302 Avenida Ponce de León
> San Juan, Puerto Rico 00907
> Tel: (833) 271-4502
> Fax: (646) 843-7603
> pnapoli@nsprlaw.com
>
> Scott Summy
> Baron & Budd, P.C.
> 3102 Oak Lawn Avenue, Suite 1100
> Dallas, TX 75219
> 214-521-3605
> ssummy@baronbudd.com
>
> Joseph F. Rice
> Motley Rice LLC
> 28 Bridgeside Blvd.
> Mount Pleasant, SC 29464
> 843-216-9000
> Jrice@motleyrice.com
>
> *Proposed Class Counsel*


3

212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
Jrice@motleyrice.com

*Proposed Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 19th day of July, 2024 and was thus served electronically upon counsel of record.

/s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com